NUMBER
13-05-456-CV

                         COURT OF
APPEALS

               THIRTEENTH
DISTRICT OF TEXAS

                  CORPUS CHRISTI
- EDINBURG

                                                                                                    


     IN RE:
FAULKNER USA, INC.,  

 

                                                                                                     


   On Petition for Writ of Mandamus

                                                                                                    
   

                             MEMORANDUM OPINION 

     Before Chief Justice Valdez and Justices
Hinojosa and Garza 

                                             Opinion
Per Curiam

 

 

 

 








 

 

 

Relator, Faulkner USA, Inc.,  filed an emergency motion to stay arbitration
and an emergency petition for writ of mandamus in the above cause on July 20,
2005.  Real Party in Interest, Cameron
County, filed its response on the same date. 

The Court, having examined and fully considered the
petition for writ of mandamus and the response, is of the opinion that relator
has not shown itself entitled to the relief sought and that the requests should
be denied.  See Tex. R. App. P. 52.8(a). The emergency
motion to stay arbitration and the petition for writ of mandamus are DENIED. 

 

                                                                                                PER
CURIAM

 

Memorandum Opinion
delivered and filed

this 21st day
of July, 2005.